United States of America

vs

Tyson Jackson

DEC 5 2023 PM 3:47
FILED - USDC - NDTX - AM

Northern District of Texas (Amarillo)
Criminal Docket for case # 2:19-cr-00030-Z-Br-1

Motion to Vacate Sentence
Convited felon in possession of firearms and ammuition
18:1922(G) and 924(A)

United States vs Prince: case No: 22CR240 (N.D. Ill)
november, 20, 2023 Prince filed a motion to dismiss the indictment based on an alleged violation of his rights under the second amendment. He furthe brought up the supreme courts ruling in Bruen, 142 S.ct. 2111 (2022) as well as sevnth circuit case law. In Bruen, as many of you know the supreme court gave a framework to determine if a firarm regution was constitution. The court in Bruen indicated that there were two avenues of inquiry. The first was straight forward historcal inquiry when a challenged regulation addresses a general societal problem that has persisted since the 18th century. Here the court must identify a distinctly similar historical regulation addressing that problem. The second way to determine if a firearm regulatoin was constitutional was by "analogy" the regulatory challenges pased by firearms today are not always

Page 1

the same as those that preoccupied the founders in 1791 or the reconstuction generation in 1868 and ther is not always direct information in those cases the court can consider "historical analogies to the challenged regulation to see whether the regulation suffciently resembles historically acceptable restrictions.

Ultimately the court determined that 922(G) imposed a far greater burden on the right to keep and bear arms than the historical categorical exclusions from the people's second amendment right and as such it was unconstitutional. The court reasoned that Bruen did not hold that the Second Amendmet only protects law abiding citizen and that "the people" in the second amendmet "refers" to all members of the politcal community. This includes people who had previosly been found guilty of a felony. The court's also found that the historical analougues put forth by the government were not both comparbly Justified and comparbly burdensome of the right to keed and bear arms. For all these reasons The Distkt ~~shoutd~~ corut granted the motion to dismiss Prinee's indictmen

For all these reason I'm asking for You to over turn my case

Page 2



INMATE NAME: Tyson Jackson
REGISTER # 58391-177
UNITED STATES PENITENTIARY, BIG SANDY
P.O. BOX 2068
INEZ, KY. 41224

CHARLESTON WV 250
30 NOV 2023 PM 1 L



RECEIVED
DEC -5 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT

United States District Court
Northern District of Texas
205 S.E. 5th Ave, Room 133
Amarillo, TX, 79101

79101-155555