IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

DEC 22 2023 PM 1:36
FILED - USDC - NDTX - AM
2:23-CV-198

AMENDED
MOTION UNDER 28 U.S.C. SECTION 2255,
TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A
PERSON IN FEDERAL CUSTODY

UNITED STATES OF AMERICA

BOP, Big Sandy USP
PLACE OF CONFINEMENT

vs.

58391-177
PRISONER ID NUMBER

TYSON JAMAL JACKSON
MOVANT (full name of movant)

2:19-CR-030-Z-BR-1
CRIMINAL CASE NUMBER

(If a movant has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion in the federal court which entered the judgment.)

INSTRUCTIONS - READ CAREFULLY

1. This motion must be legibly handwritten or typewritten, and signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

2. Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities needs to be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3. Upon receipt, your motion will be filed if it is in proper order. No fee is required with this motion.

# MOTION

1. Name and location of court that entered the judgment of conviction you are challenging:

   Amarillo Division   205. S.E. 5th Ave   Room 133   Firs Floor

2. Date of the judgment of conviction:

   6-26-2020

3. Length of sentence: 115 months   S/R 3 years

4. Nature of offense involved (all counts):

   1 counts   922(G) 924(A)

5. (a) What was your plea? (Check one)

   Not guilty ☐   Guilty ☑   Nolo contendere (no contest) ☐

   (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or or indictment, what did you plead guilty to and what did you plead not guilty to?

   N/A

6. If you went to trial, what kind of trial did you have? (Check one)   Jury ☐   Judge Only ☑
7. Did you testify at the trial? (Check one)   Yes ☐   No ☑
8. Did you appeal from the judgment of conviction? (Check one)   Yes ☐   No ☑
9. If you did appeal, answer the following:

   Name of Court:   N/A

   Result:   N/A

   Date of result:   N/A

2

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

    Yes [✓]   No [ ]

11. If your answer to 10 was "Yes" give the following information:

    Name of Court: __Amarillo Division__

    Nature of proceeding:

    > 2255 was time barred by 1 year statute limitations

    Grounds raised:

    > due process violaltions under Rehaif announced a substantive rule that is retroactive which the supreme courts decision in Bousley v U.S. 523 US 614 (1998) reinforce that Rehaif is retroactive in Bousley 523 U. at 620-21

    Did you receive an evidentiary hearing on your petition, application or motion?

    Yes [ ]   No [✓]

    Result: __Motion was Dismissed.__

    Date of result: __7-24-23__

As to any *second* petition, application or motion, give the same information:

Name of Court: __N/A__

Nature of proceeding:

> N/A

Grounds raised:

> N/A

Did you receive an evidentiary hearing on your petition, application or motion?

Yes [ ]   No [✓]

Result: __N/A__

Date of result: __N/A__

As to any *third* petition, application or motion, give the same information:

Name of Court: N/A

Nature of proceeding: N/A

Grounds raised: N/A

Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐   No ☑

Result: N/A

Date of result: N/A

Did you appeal to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

- First petition, etc.    Yes ☐   No ☑
- Second petition, etc.   Yes ☐   No ☑
- Third petition, etc.    Yes ☐   No ☑

If you did not <u>appeal</u> from the adverse action on any petition, application or motion, explain briefly why you did not:

MISGuided By Counselor He Told me That He Didn't see No Reason to File An Appeal.

12. State <u>concisely</u> every ground on which you claim that you are being held unlawfully. Summarize <u>briefly</u> the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

   **CAUTION:** If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you <u>should raise in this petition all available grounds</u> (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

<u>DO NOT CHECK ANY OF THESE LISTED GROUNDS.</u> If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right to appeal.

A. Ground One:

Violation of the Constitution and Laws of the U.S. or in excess of the Court's jurisdiction pursuant 28 USC 2255(A) and petitions is charged with 952(g)(1) and 924(A)(2) for certain individuals to possess firearms and the provision list nine categories of individuals subject to the prohibit element of a 922(g) offense in U.S. v. Laugly, 62 F3d 602, 606 (4th Cir 1995) Due Process violation.

Supporting FACTS (tell your story briefly without citing cases or law):

The court failed to advise petitioner of an element of the offense to which he pled guilty the plea was not knowingly and unintelligently made and in this violated the due process clause under the Constitution and Fed R. Crim P. 11 (B)(G) and this also is structural indeed in United States v. Gary. Because the court accepted my plea without notifying me of elements of the offense

B. Ground Two:

The Judge used a gun case that was dismissed AR-15 style rifle Blackout caliber with no serial number including ammunition magazines where used to give me criminal history points...

Supporting FACTS (tell your story briefly without citing cases or law):

Inside my P.S.I. prior sentences and instant offenses used to enhance my case and time...

C. Ground Three:

I believe that my lawyer was ineffective in representing

Supporting FACTS (tell your story briefly without citing cases or law):

My lawyer told me to stop my trial and plea

D. Ground Four: _____

Supporting FACTS (tell your story briefly without citing cases or law): _____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

> 12(A) BECAUSE I WAS MISINFORMED, BY MY COUNSELOR.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
    Yes ☐    No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

   (a) At preliminary hearing: _____

   > N/A

(b) At arraignment and plea:

ON 7-31-19 I ENTERED A GUILTY PLEA ON SUPERSEDING INDICTMENT.

(c) At trial:

N/A

(d) At sentencing:

I WAS SENTENCE to 115 months 3 YEARS SUPERVISE RELEASE ON 6-25-20

(e) On appeal

ON 7-2-20 I FILED A NOTICE OF APPEAL DOC # 120 RELEASE TRANSCRIPT ON 11-5-20 DOC # 123

(f) In any post-conviction proceeding:

NO

(g) On appeal from any adverse ruling in a post-conviction proceeding:

NO

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?

    Yes ☐    No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

    Yes ☐    No ☑

    (a) If so, give name and location of court which imposed sentence to be served in the future:

    N/A

    (b) And give date and length of sentence to be served in the future:

    N/A

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

    Yes ☑    No ☐

Wherefore, movant prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

*Tyson Jackson*
Signature

_____
Firm Name (if any)

**USP PO Box 2068**
Address

**Inez, KY, 41224**
City, State & Zip Code

_____
Telephone (including area code)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on __12-15-2023__ (date).

*Tyson Jackson*
Signature of Movant



Northern District Texas
205. E. 5th Ave Room 133
Amarillo, TX, 79101



RECEIVED
DEC 2 2 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Tyson Jackson
58391-177
USP Po Box 2068
Inez, KY, 41224